**Rickey Nelson SPENCER, Plaintiff—Appellant,**

and

**Sheena Spencer, Plaintiff,**

v.

**Terry ELMORE; David Privette, Sergeant; Lieutenant Meyer; Sergeant Hawkins; Roderick M. Wright, Attorney; W. Erwin Spainhour, Judge; Christopher M. Collier; Jim Elmore; Iredell County; State of North Carolina, Defendants—Appellees.**

No. 07–6910.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2007.

Decided: Feb. 26, 2008.

Rickey Nelson Spencer, Appellant Pro Se.

**308**

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rickey Nelson Spencer appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B)(ii) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Spencer* *v. Elmore,* No. 5:07–cv–00055–MU, 2007 WL 1652263 (W.D.N.C. June 7, 2007). We further deny Spencer's motion for discovery. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*